IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-po-00089-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CODY M. DYER,

    Defendant.

---

### ORDER TO DISMISS INFORMATION AND QUASH ARREST WARRANT

---

This matter is before the Court on the United States' Motion to Dismiss Information and quash arrest warrant. The Court having considered this motion and for good cause shown,

IT IS HEREBY ORDERED that the Information against defendant Cody M. Dyer, is hereby dismissed and the arrest warrant quashed.

Dated this _30_ day of March, 2022.

GORDON P. GALLAGHER
United States Magistrate Judge